# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 2, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

161492(36)(37)(39)(40)

In re CERTIFIED QUESTIONS FROM THE
UNITED STATES DISTRICT COURT,
WESTERN DISTRICT OF MICHIGAN,
SOUTHERN DIVISION
_____

MIDWEST INSTITUTE OF HEALTH, PLLC,
doing business as GRAND HEALTH PARTNERS,
WELLSTON MEDICAL CENTER, PLLC,
PRIMARY HEALTH SERVICES, PC, and
JEFFERY GULICK,
   Plaintiffs,

v

GOVERNOR OF MICHIGAN, MICHIGAN
ATTORNEY GENERAL, and MICHIGAN
DEPARTMENT OF HEALTH AND HUMAN
SERVICES DIRECTOR,
   Defendants.
_____/

SC: 161492
USDC-WD: 1:20-cv-414

   On order of the Chief Justice, the motions of (1) amicus curiae House of Representatives and Senate, and (2) amicus curiae House Democratic Leader and Caucus for immediate consideration and to participate in oral arguments are GRANTED. Counsel for those amicus curiae shall have five minutes of oral argument time separate from that of the parties.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

   September 2, 2020       
                 Clerk